**Fill in this information to identify the case:**

Debtor name: J1K3 LLC

United States Bankruptcy Court for the: Northern District of California (State)

Case number (If known): 25-41015

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* .................................................................................................................. $ 2,600,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ................................................................................................................. $ 0.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ................................................................................................................... $ 2,600,000.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............................... $ 2,331,472.11

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*................................................................ $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ............................................. +$ 0.00

4. **Total liabilities**................................................................................................................................................. $ 2,331,472.11
    Lines 2 + 3a + 3b